COURTESY COPY

**Richard A. Gantner (RAG 9164)**
**NEE, BEACHAM & GANTNER**
722 Courtyard Drive
Hillsborough, NJ 08844
(908) 704-8888
Attorneys for Defendants/Third-Party Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PLANET MUSIC LICENSING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> BLANK PRODUCTIONS, INC. and ROBERT BLANK, <br><br> Defendants. | Civil Action No.: <br> 2:10-cv-02429-JLL-CCC |
| ROBERT BLANK, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> DREW MATILSKY and TUTM ENTERTAINMENT, INC., <br><br> Third Party Defendants. | ORDER <br><br><br> *DOCUMENT FILED ELECTRONICALLY* |

THIS MATTER having come before the Court by Motion filed by Defendants/Third Party Plaintiff for an Order to Restore Third Party Complaint and the Court having reviewed the Motion papers submitted in support of the Motion; and the papers in opposition, ~~if any, the oral argument; if any~~; and ~~for good cause shown:~~ based on the court's inherent authority to manage its docket;

IT IS ON THIS 10th day of DECEMBER, 2010,

ORDERED that the Defendants'/Third Party Plaintiff's motion to restore third party complaint be granted; and it is further

ORDERED that a copy of this Order shall be served on all parties within seven (7) days of entry.

_____
Jose L. Linares, U.S.D.J.