# Nee, Beacham & Gantner

*Attorneys at Law*

722 Courtyard Drive • Hillsborough, New Jersey 08844

Telephone (908) 704-8888
Facsimile   (908) 704-8895

**ORDER ON ORAL MOTION**

Robert J. Beacham•
Richard A. Gantner†

*MEMBER NJ, NY & PA BARS
†MEMBER NJ, NY, PA & DC BARS
CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
RULE 1:40 QUALIFIED MEDIATOR



June 14, 2011

Michael D. Nee
Frederick A. Kiegel
Of Counsel

**SO ORDERED**

s/Claire C. Cecchi
Claire C. Cecchi, U.S.D.J.

**Date:** June 16, 2011

**VIA ELECTRONIC FILING**
Honorable Claire C. Cecchi, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 2064
Newark, NJ 07102

Re:   **Planet Music Licensing, LLC v. Blank Productions, Inc. et al**
       **Civil Action No. 10-2429 (JLL) (CCC)**

Dear Judge Cecchi:

A telephonic status and settlement conference is presently scheduled to be held in this matter on June 22, 2011. Counsel jointly request that the conference be cancelled because the case has effectively been settled. After two days with the Honorable John Bissell as mediator, a Memorandum of Agreement was executed. This was done with the understanding that a final Settlement Agreement terminating the action would be drafted by counsel and that any unresolved drafting issues would be decided by Judge Bissell. The drafting process is well underway, with only a very few points remaining.

Under the circumstances, it seems the conference is not necessary and the parties should be able to submit a stipulation of dismissal within 30 days. This assumes, of course that Judge Bissell's schedule will permit him to review and decide any of the few remaining issues that may remain unresolved during that time.

The telephone status/settlement conference set for June 22, 2011 is hereby adjourned to August 24, 2011 at 11:30 a.m.

Respectfully yours,

/s/ Richard A. Gantner
Richard A. Gantner (RG 9164)

By:/s/ Alisa L. Silverstein
    Alisa L. Silverstein

RAG:mon
cc: Mr. Robert Blank